UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LEON JEFFERY SLAGLE,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.
_____/

Case No. 1:15-cv-1178

HON. JANET T. NEFF

## ORDER APPROVING REPORT AND RECOMMENDATION

This is a civil action filed pursuant to 42 U.S.C. § 405(g). Plaintiff filed a Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 16, as amended by ECF No. 18). The matter was referred to the Magistrate Judge, who issued a Report and Recommendation on November 10, 2017, recommending that this Court grant the motion. The Report and Recommendation was duly served on the parties. No objections have been filed pursuant to 28 U.S.C. § 636(b)(1)(C). Therefore,

**IT IS HEREBY ORDERED** that the Report and Recommendation of the Magistrate Judge (ECF No. 21) is APPROVED and ADOPTED as the opinion of the Court.

**IT IS FURTHER ORDERED** that the Motion for Award of Attorney Fees Pursuant to the Equal Access to Justice Act (ECF No. 16, as amended by ECF No. 18) is GRANTED for the reasons stated in the Report and Recommendation.

A Judgment will be entered consistent with this Order.

Dated: November 28, 2017                                    /s/ Janet T. Neff
                                                                                  JANET T. NEFF
                                                                                  United States District Judge